IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEN WEISFELD**                                                                       **PLAINTIFF**

**V.**                                                                             **NO: 3:22CV271-M-P**

**BULL MARKET OF MISSISSIPPI, LLC.**                                    **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [14] filed in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

This the 16th day of March 2023.

                                                                        /s/ MICHAEL P. MILLS
                                                                        UNITED STATES DISTRICT JUDGE
                                                                        NORTHERN DISTRICT OF MISSISSIPPI